IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THOMAS VAZQUEZ**                                                                                      **PLAINTIFF**

VS.                                            No. 4:20-CV-01322-BRW

**BRICK LEWIS, Jail Administrator,**
**Van Buren County Detention Center,** *et al.*                                   **DEFENDANTS**

## ORDER

Thomas Vazquez has not complied with the September 29, 2022 Order directing him to file a notice of his current mailing address.[1] The time to do so has expired. His mail is being returned as undeliverable.[2] Thus, this case is dismissed without prejudice due to a lack of prosecution.[3] I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[4]

IT IS SO ORDERED this 2nd day of November, 2022.

                                                        BILLY ROY WILSON
                                         UNITED STATES DISTRICT JUDGE

---

[1] Doc. 29.

[2] Docs. 31, 33, 34.

[3] Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[4] 28 U.S.C. § 1915(a)(3).